United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HISCOX INSURANCE COMPANY INC.,

    Plaintiff,

  v.

MERKER ARCHITECTURAL GROUP, INC., et al.,

    Defendants.

No. C 24-01929 WHA

**ORDER DISMISSING THE CASE**

With the consent of both sides, this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 13, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE